AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

ROBERT LEVINSON et al
*Plaintiff*
v.
ISLAMIC REPUBLIC OF IRAN
*Defendant*

Civil Action No. 17-CV-0511 (TJK)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus postjudgment interest at the rate of ______ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: ORDERED that judgment is entered in favor of Plaintiffs and against Defendant for compensatory damages, in the total amount of $107,000,000 and further ORDERED that in addition to the above compensatory damages, each of the nine Plaintiffs are entitled to punitive damages in the amount of $150,000,000, for a total of $1,350,000,000 in punitive damages.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Timothy J. Kelly on a motion for Motion to Appoint Special Master and Order adopting Report and Recommendation and Awarding Damages.

Date: 10/01/2020

*ANGELA D. CAESAR, CLERK OF COURT*

2020.10.01 12:17:48 -04'00'

*Signature of Clerk or Deputy Clerk*

ECF DOCUMENT

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

Date Filed: 10/01/2020

ANGELA D. CAESAR, CLERK

By: ______